154 A.3d 692

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH AMOOP (A/K/A JOSEPH AMOOP, JOSEPH MICHAEL ANOOP, JOSEPH M. ANOOP), DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003837-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 692

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RAMON PACHECO (A/K/A ROMAN PACHECO, RAMON PACHECO-DELGADO), DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000966-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.